**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| PERSONAL AUDIO, LLC | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:13-cv-270-JRG |
| | § | |
| v. | § | |
| | § | |
| CBS CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Pursuant to the provisions of 28 U.S.C. §§ 636(b)(1) and (3) and the local rules for the assignment of duties to United States magistrate judges, the Court hereby **REFERS** this case to the Honorable Roy S. Payne for all pretrial purposes.

**So ORDERED and SIGNED this 16th day of July, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE