**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **PERSONAL AUDIO, LLC,** | |
| Plaintiff, | |
| v. | **Civil Action No. 2:13-cv-270-JRG-RSP**<br>**Civil Action No. 2:13-cv-271-JRG-RSP** |
| **CBS CORPORATION (2:13-cv-270);**<br>**NBCUNIVERSAL MEDIA, LLC (2:13-cv-271)** | **JURY TRIAL DEMANDED** |
| Defendants. | |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants CBS Corporation and NBCUniversal Media, LLC (collectively "Defendants") file this Notice of Supplemental Authority and attach this Court's recently issued order granting transfer of venue in *Auto-Dimensions, LLC v. Dessault Systemes Solidworks Corporation, et al.*, 6:12-cv-01022-LED-JDL (E.D. Tex. October 9, 2013) [Ex. A]. The holding in *Auto-Dimensions* supports the arguments in Defendants' pending motion to transfer.  Namely in determining that transfer to the District of Massachusetts was appropriate, this Court held that the convenience of defendants in separate lawsuits pending in this District should not be considered in the transfer analysis, and the judicial economy considerations of having co-pending cases litigated before the same judge could not outweigh the other factors favoring transfer.  Similarly, in the instant case, the convenience of other defendants in co-pending cases should not be a consideration in determining Defendants' motion to transfer and the existence of co-pending cases in this District does not outweigh the convenience factors favoring transfer.

Dated:  October 22, 2013

Respectfully Submitted,

*/s/ Steven Lieberman*
*(with permission by Jennifer P. Ainsworth)*
Steven Lieberman
slieberman@rfem.com
Brian Rosenbloom
brosenbloom@rfem.com
Jennifer Maisel
jmaisel@rfem.com
ROTHWELL, FIGG, ERNST & MANBECK, PC
607 14th St., N.W., Ste. 800
Washington, D.C.  20005
(202) 783-6040 (telephone)
(202) 783-6031 (facsimile)

Jennifer Parker Ainsworth
Texas State Bar No. 00784720
jainsworth@wilsonlawfirm.com
WILSON, ROBERTSON & CORNELIUS, P.C.
One American Center
909 ESE Loop 323, Suite 400
Tyler, TX 75701
(903) 509-5000 (telephone)
(703) 509-5092 (facsimile)

*Attorneys for Defendants*
*CBS Corporation and NBCUniversal Media, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3), on this the 22nd day of October, 2013.

*/s/ Jennifer P. Ainsworth*
Jennifer P. Ainsworth

2