IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PERSONAL AUDIO, LLC | § § | |
| v. | § § | Case No. 2:13-CV-270-JRG-RSP |
| CBS CORPORATION | § § | |

## ORDER

The Court hereby sets movant CBS Corporation's Motion to Change Venue (Dkt. No. 11) for an evidentiary hearing on February 24, 2013 at 9:00 a.m. Movant is expected to present testimony from one or more witnesses sufficient to carry its burden with regard to the motion. The parties must promptly disclose the witnesses they intend to present at the evidentiary hearing (movant within 7 days of this Order and respondent within three business days thereafter), and make the witnesses available for deposition prior to the evidentiary hearing. Only the parties to this Motion need attend the hearing.

**SIGNED this 7th day of February, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE