IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PERSONAL AUDIO, LLC | § | |
| | § | |
| v. | § | Case No. 2:13-CV-270-JRG-RSP |
| | § | |
| CBS CORPORATION | § | |

**PLAINTIFF'S ANSWER TO DEFENDANT CBS CORPORATION'S COUNTERCLAIMS**

Plaintiff Personal Audio, LLC ("Plaintiff") submits this answer to Defendant CBS Corporation's Counterclaims per Fed. R. Civ. P. 12.

**ANSWER**

1. Admitted.

2. Admitted.

3. Admitted.

4. On information and belief, Plaintiff admits the allegations of Paragraph 4.

5. Plaintiff admits it is a Texas limited liability company. Plaintiff denies all other allegations of Paragraph 5.

6. Admitted.

7. To the extent Paragraph 7 contains any allegations, Plaintiff denies them.

8. Admitted.

9. Denied.

10. Denied.

11. To the extent Paragraph 11 contains any allegations, Plaintiff denies them.

12. Admitted.

13. Denied.

14. Denied.

## RESPONSE TO PRAYER FOR RELIEF

Plaintiff denies that Defendant is entitled to any of the relief sought in its prayer.

Respectfully Submitted,

Dated:  April 21, 2014    By:    */s/ Papool S. Chaudhari*
　　　　　　　　　　　　　　　　Jeremy S. Pitcock
　　　　　　　　　　　　　　　　PITCOCK LAW GROUP
　　　　　　　　　　　　　　　　1501 Broadway, 12th Floor
　　　　　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　　　　　(646) 571-2237
　　　　　　　　　　　　　　　　(646) 571-2001 Fax
　　　　　　　　　　　　　　　　jpitcock@pitcocklawgroup.com

　　　　　　　　　　　　　　　　T. John Ward
　　　　　　　　　　　　　　　　State Bar No. 20848000
　　　　　　　　　　　　　　　　T. John Ward, Jr.
　　　　　　　　　　　　　　　　State Bar No. 00794818
　　　　　　　　　　　　　　　　Claire A. Henry
　　　　　　　　　　　　　　　　State Bar No. 24053063
　　　　　　　　　　　　　　　　WARD & SMITH LAW FIRM
　　　　　　　　　　　　　　　　P.O. Box 1231
　　　　　　　　　　　　　　　　Longview, Texas 75606-1231
　　　　　　　　　　　　　　　　(903) 757-6400 (telephone)
　　　　　　　　　　　　　　　　(903) 757-2323 (facsimile)
　　　　　　　　　　　　　　　　E-mail: tjw@wsfirm.com
　　　　　　　　　　　　　　　　E-mail: jw@wsfirm.com
　　　　　　　　　　　　　　　　E-mail: claire@wsfirm.com

　　　　　　　　　　　　　　　　Papool S. Chaudhari
　　　　　　　　　　　　　　　　Texas State Bar No. 24076978
　　　　　　　　　　　　　　　　CHAUDHARI LAW, PLLC
　　　　　　　　　　　　　　　　P.O. Box 1863
　　　　　　　　　　　　　　　　Wylie, Texas 75098
　　　　　　　　　　　　　　　　Phone: (214) 702-1150
　　　　　　　　　　　　　　　　Fax: (214) 705-3775
　　　　　　　　　　　　　　　　Papool@ChaudhariLaw.com

1

>BURNS & LEVINSON LLP
>Howard J. Susser (pro hac vice)
>*hsusser@burnslev.com*
>Stephen Y. Chow (pro hac vice)
>*schow@burnslev.com*
>Merton E. Thompson, IV (pro hac vice)
>*mthompson@burnslev.com*
>Zachary R. Gates (pro hac vice)
>*zgates@burnslev.com*
>125 Summer Street
>Boston, MA 02110
>Telephone: 617-345-3000
>Facsimile: 617-345-3299

>**ATTORNEYS FOR PLAINTIFF**
>**PERSONAL AUDIO, LLC**

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, the foregoing was served on all counsel of record who have consented to electronic service. Local Rule CV-5. Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5, all others not deemed to have consented to electronic service will be served with a true and correct copy of the foregoing via email on this 21st day of April, 2014.

>*/s/ Papool S. Chaudhari*
>―――――――――――
>Papool S. Chaudhari