IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERSONAL AUDIO, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CBS CORPORATION, <br><br> Defendant. | 2:13-cv-00270-JRG-RSP <br><br> JURY TRIAL DEMANDED |

## DEFENDANT'S MOTION FOR JUDGMENT AS A MATTER OF LAW OF NON-INFRINGEMENT

Defendant CBS Corporation ("Defendant"), by and through its counsel, respectfully moves this Court to grant Judgment as a Matter of Law in its favor, pursuant to Federal Rule of Civil Procedure 50(a). Plaintiff did not offer any evidence that CBS sells, offers to sale, or imports an allegedly infringing apparatus. Therefore, judgment as a matter of law is warranted.

For the above reasons, Defendant respectfully requests that this Court enter judgment as a matter of law.

Dated:  September 14, 2014
                                         Respectfully submitted,

*/s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth
Texas State Bar No. 00784720
jainsworth@wilsonlawfirm.com
Wilson, Robertson & Cornelius, P.C.
One American Center
909 ESE Loop 323, Suite 400
Tyler, TX 75701
(903) 509-5000 (telephone)
(903) 509-5092 (facsimile)

Steven Lieberman
slieberman@rothwellfigg.com
Sharon L. Davis
sdavis@rothwellfigg.com
Brian S. Rosenbloom
brosenbloom@rothwellfigg.com
Jennifer Maisel
jmaisel@rothwellfigg.com
Rothwell, Figg, Ernst & Manbeck, PC
607 14th Street, N.W., Suite 800
Washington, DC 20005
(202) 783-6040 (telephone)
(202) 783-6031 (facsimile)

*Attorneys for Defendant*
*CBS Corporation*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this notice was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3), on September 14, 2014.

*/s/ Jennifer P. Ainsworth*
Jennifer P. Ainsworth

2