IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PERSONAL AUDIO, LLC, | § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Case No. 2:13-CV-270-JRG-RSP |
| CBS CORPORATION, | | |
| Defendant. | | |

## VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given you in the Court's charge. As used in this Verdict Form, "Personal Audio" means the Plaintiff Personal Audio, LLC and "CBS" means Defendant CBS Corporation.

**INFRINGEMENT**

**QUESTION NO. 1:**

Has Personal Audio proved by a preponderance of the evidence that CBS literally infringed and/or infringed under the Doctrine of Equivalents any of the asserted claims of U.S. Patent No. 8,112,504 (the '504 patent)?

**Write "Yes" or "No" in the space provided beside each particular claim.**

| Patent Claim | Infringed |
|---|---|
| Claim 31 | Yes |
| Claim 32 | Yes |
| Claim 33 | Yes |
| Claim 34 | Yes |

Please proceed to the next question

VALIDITY

**QUESTION NO. 2:**

Has CBS proved by clear and convincing evidence that any of the claims of the '504 patent are invalid?

**Write "Yes" or "No" in the space provided beside each particular claim.**

| Patent Claim | Invalid |
|---|---|
| Claim 31 | No |
| Claim 32 | No |
| Claim 33 | No |
| Claim 34 | No |

Please proceed to the next question

**Question 3:**

ANSWER QUESTION NO. 3 IF YOU HAVE FOUND AT LEAST ONE CLAIM LISTED IN QUESTION NO. 1 INFRINGED AND NOT INVALID; OTHERWISE, DO NOT ANSWER QUESTION NO. 3.

QUESTION NO. 3:

What sum of money, if paid now, do you find by a preponderance of the evidence would fairly and reasonably compensate Personal Audio for CBS' infringement?

**Answer in dollars and cents.**

$ _1,300,000_

Please proceed to the next page, and your Presiding Juror will sign the Verdict Form.

We, the jury, unanimously answered the preceding questions by a preponderance of the evidence or by clear and convincing evidence as instructed for each question. Submitted the 15th day of Sep, 2014 at 1:45 o'clock, p. m.

_____  9-15-14
JURY FOREPERSON