**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| PERSONAL AUDIO, LLC | § | |
| | § | |
| v. | § | Case No. 2:13-CV-270-JRG-RSP |
| | § | |
| CBS CORPORATION | § | |

**MINUTES FOR TRIAL DAY 5
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
September 15, 2014**

**OPEN:   9:02 a.m.**                                                                  **ADJOURN:   2:16 p.m.**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Jeremy Pitcock |
| | Andrew Spangler |
| | Jennifer Ishimoto |
| | Papool Chaudhari |
| ATTORNEYS FOR DEFENDANT: | Steven Lieberman |
| | Daniel McCallum |
| | Jennifer Ainsworth |
| | Jennifer Maisel |
| | Sharon Davis |
| LAW CLERK: | Rudy Fink |
| | Chris First |
| | Travis DeArman |
| COURT REPORTER: | Shelly Holmes, CSR, TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

9:02 a.m.   Hearing outside the presence of the jury.   Court ruled on Judgments as a Matter of Law.   Exhibits used prior trial day read into the record.   Formal charge conference held.

9:53 a.m.   Hearing outside the presence of the jury.

9:56 a.m.   Court's instructions to the jury.

10:52 a.m.   Closing argument by Mr. Pitcock.

11:08 a.m.   Closing argument by Mr. Lieberman.

Page 2
September 15, 2014
Minutes

11:38 a.m.   Rebuttal closing argument by Mr. Spangler.

11:57 a.m.   Jury retired to jury room to begin deliberations.   Recess.

2:00 p.m.   Note from jury received re verdict.

2:12 p.m.   Jury returned to the courtroom.   Verdict read.   Jury polled re verdict.

2:16 p.m.   Court excused jury and attorneys.   Court adjourned.