# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PERSONAL AUDIO, LLC, | |
| Plaintiff, | |
| v. | 2:13-cv-00270-JRG-RSP |
| CBS CORPORATION, | JURY TRIAL DEMANDED |
| Defendant. | |

## ORDER GRANTING CBS CORPORATION'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW OF NON-INFRINGEMENT UNDER THE CORRECT CONSTRUCTION OF "DOWNLOADING" AND/OR "EPISODES"

Having considered CBS Corporation's Renewed Motion for Judgment as a Matter of Law of Non-Infringement Under the Correct Construction of "Downloading" and/or "Episodes," which was filed with the Court on October 14, 2014:

IT IS HEREBY ORDERED THAT: CBS Corporation's motion is granted.