# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PERSONAL AUDIO, LLC, | |
| Plaintiff, | |
| v. | 2:13-cv-270-JRG |
| CBS CORPORATION | JURY TRIAL DEMANDED |
| Defendant | |

## ORDER

Before the Court is Plaintiff Personal Audio LLC ("Plaintiff") and Defendant CBS Corporation's ("Defendant") Joint Motion to Extend Deadlines Concerning Briefing of Renewed Judgment as a Matter of Law Motions.  Finding the motion well-taken, the Court hereby GRANTS the motion.

IT IS ORDERED THAT the deadline for Plaintiff to respond to Defendant's Renewed Motions for Judgment as a Matter of Law of Non-Infringement (Dkt. 104) and Invalidity (Dkt. 105) is hereby extended to Friday, May 1, 2015.

IT IS FURTHER ORDERED that the deadline for Defendant to reply to said responses is hereby extended to May 26, 2015.

**So ORDERED and SIGNED this 15th day of April, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE