IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERSONAL AUDIO, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CBS CORPORATION<br><br>    Defendant | 2:13-cv-270-JRG<br><br>JURY TRIAL DEMANDED |

## ORDER

Before the Court is Plaintiff Personal Audio LLC ("Plaintiff") and Defendant CBS Corporation's ("Defendant") Joint Motion to Stay Proceedings Pending Appeal of *Inter Partes* Review Decision and for Clarification of the Protective Order.  Finding the motion well-taken, the Court hereby GRANTS the motion.

IT IS ORDERED THAT this matter is hereby STAYED pending appellate review of PTAB Case IPR2014-00070.  All deadlines for any pending motions are hereby stayed, including, without limitation, Plaintiff's Motion for Attorneys' and Expert fees, Document Number 78.  The Court will not rule on any pending motions, including Plaintiff's Motion for Attorneys' and Expert fees, during the pendency of the stay.

IT IS FURTHER ORDERED THAT the parties are to notify the Court through a joint filing within 14 days after appellate review has concluded, informing the Court of the final outcome of any such review, and indicating the parties' positions as to the impact of any appellate decisions on this matter.

1

2

IT IS FURTHER ORDERED THAT Paragraph 11 of the Protective Order (2:13-cv-13, Dkt. 62) is hereby clarified to permit Plaintiff's litigation counsel's participation in any and all appeals of PTAB Case IPR2014-00070 in the United States Court of Appeals for the Federal Circuit and the Supreme Court of the United States.

SO ORDERED.